UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANGUIANO,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES A. YATES,<br><br>    Respondent.<br>_____/ | 1:07-cv-01875-AWI-DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **January 8, 2008**           **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE