# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANGUIANO,<br><br>                Petitioner,<br>vs.<br>JAMES A. YATES, WARDEN,<br><br>                Respondent. | CASE NO. 1:07cv1875-WQH-BLM<br><br>ORDER |

HAYES, Judge:

      Good cause appearing, IT IS HEREBY ORDERED that Petitioner's motion for an enlargement of time to file objections to the Report and Recommendation of the Magistrate Judge (Doc. 20) is GRANTED. Petitioner shall file written objections to the Report and Recommendation on or before Wednesday, January 21, 2009. Any reply to the objections shall be filed no later than ten days after being served with the objections.

DATED: 12/31/08

WILLIAM Q. HAYES
United States District Judge