# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| VINCENT ANGUIANO, JR., | CASE NO. 07cv1875 WQH (BLM) |
| Petitioner, | ORDER |
| vs. | |
| JAMES A. YATES, | |
| Respondent. | |

HAYES, Judge:

The matter before the Court is the review of the Report and Recommendation (#17) filed on November 17, 2008 by the United States Magistrate Judge Dennis L. Beck.

On November 17, 2008, the United States Magistrate Judge issued a Report and Recommendation recommending that the petition for writ of habeas corpus filed by Petitioner Vincent Anguiano, Jr. be denied.   Petitioner has filed timely objections to the Report and Recommendation.

The duties of the district court in connection with the Report and Recommendation of a Magistrate Judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  The district court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1).  The Court has reviewed *de novo* all aspects of the Report and Recommendation of the Magistrate

1  Judge filed on November 17, 2008 and adopts the Report and Recommendation in its entirety.

2       The Magistrate Judge correctly concluded that the determination of the state court that
3  Petitioner was not entitled to prevail on any claim of ineffective assistance of counsel was not
4  "contrary to, or involved an unreasonable application of, clearly established Federal law, as
5  determined by the Supreme Court of the United States. . .". 28 U.S.C. § 2254(d).  Petitioner
6  is not entitled to prevail on any claim that his trial counsel was ineffective for (1) erroneously
7  advising Petitioner not to testify without discussing the case or consulting with him, (2) failing
8  to properly challenge the prosecution's case, or (3) failing to conduct an investigation.

9       Finally, the Magistrate Judge correctly concluded that Petitioner's contentions that there
10  was insufficient evidence to support the finding of the jury that Petitioner intentionally and
11  intentionally discharged a firearm in the commission of a felony is without merit.  The state
12  court's decision that "substantial evidence supported the court's finding that appellant
13  discharged a firearm 'in the commission of' the murder of which he stands convicted" was not
14  contrary to, or an unreasonable application of, clearly established Supreme Court precedent.
15  (Doc. # 17 at page 14).

16       IT IS HEREBY ORDERED that the Court adopts all portions of the Report and
17  Recommendation (Doc. # 17) and the Petition for Writ of Habeas Corpus is DENIED with
18  prejudice.  The Clerk shall enter judgment against Petitioner and in favor of Respondent.

20  DATED:   February 24, 2009,

                                                      **WILLIAM Q. HAYES**
                                                      United States District Judge